UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHEN A. HODGSON,

Plaintiff,

v.

RICHARD W. HUFFMAN,
NEAL KRZYZANIAK,
JANE DOE and JOHN DOE,

Defendants.

CIVIL NO. 00-2483 (RHK/JMM)

ORDER

On November 30, 2000 Defendant Richard W. Huffman filed a Motion to Dismiss the Complaint [Docket No. 5]. On December 4, 2000 Defendant Neal Krzyzaniak filed a Motion to Dismiss the Complaint [Docket No. 6].

IT IS HEREBY ORDERED that:

1. Plaintiff shall file a response to Defendants' Motions to Dismiss [Docket Nos. 5 and 6] on or before January 19, 2001.

2. Defendants may submit a Reply on or before January 26, 2001.

3. The Motions will then be taken under advisement without oral argument.

Dated: December 20, 2000

JOHN M. MASON
United States Magistrate Judge

DEC 20 2000