# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stephen Andrew Hodgson

v.

Richard W. Huffman and Neal Krzyaniak

Case No. Civil 00-2483RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are **OVERRULED;** the Report and Recommendation is **ADOPTED**; defendant Huffman's motion to dismiss is **GRANTED**; defendant Krzyaniak's motion to dismiss is **GRANTED**; plaintiff's motion to dismiss defendants' motion to dismiss is **DENIED**; and the complaint is **DISMISSED**.

DATE: April 16, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk